**Order entered April 16, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00064-CR

### LOUIS JAMES BROWN, III, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-83597-2019**

## ORDER

The clerk's record was filed April 9, 2020. On April 14, 2020, a corrected clerk's record was filed. We **STRIKE** the April 9, 2020 clerk's record.

The reporter's record is **due May 14, 2020**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable John Roach Jr., Presiding Judge, 296th Judicial District Court; Lynne Finley, Collin County District Clerk; Janet Dugger, official court reporter, 296th Judicial District Court; to Louis James Brown III, SO 364717,

Collin County Detention Center, 4300 Community Ave., McKinney, Texas 75071; and to the Collin County District Attorney's Office.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE